1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ISALLIAH BROCK, | Case No. 5:21-cv-00532-JGB-SHK |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| WELLS FARGO & COMPANY, and METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

1 | Plaintiff Isalliah Brock and Defendant Metropolitan Life Insurance Company filed cross-motions for judgment in this Employee Retirement Income Security Action ("ERISA") action involving a claim for death benefits under an ERISA-governed plan. The Court found the matter appropriate for resolution without a hearing.

**IT IS HEREBY ORDERED AND ADJUDGED.**

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law dated November 29, 2023 (Docket 54), the Court affirmed Defendant's decision to deny Plaintiff's claim for plan benefits. Judgment is hereby granted in favor of Defendant.

DATED: January 10, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE